UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PHINEAS C. BOLDEN,

      Plaintiff,

v.

LOS ANGELES COUNTY SHIRIFF, et al.,

      Defendants.

Case No. CV 06-07729 AG (AJW)

[~~PROPOSED~~] JUDGMENT

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: **APRIL 30**, 2008

ANDREW G. GUILFORD
United States District Judge